EDWARD H. KUBO, JR.          #2499
United States Attorney

FLORENCE T. NAKAKUNI         #2286
Assistant U.S. Attorney

MICHAEL K. KAWAHARA          #1460
Assistant U.S. Attorneys
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
Mike.Kawahara@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. CR 03-00127 SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [21 U.S.C. 846 & 844(a); |
| VS. | ) | 18 U.S.C. 922(g)(3)] |
| | ) | |
| ERNEST M. ESPARZA      (01) | ) | |
| JOSE ANGEL AVITIA-     (02) | ) | |
|   QUINONES, | ) | |
| | ) | |
| Defendants. | ) | |

### INDICTMENT

#### Count 1:

The Grand Jury charges that:

From a time unknown to the grand jury up through and including on or about March 8, 2003 in the District of Hawaii and elsewhere, defendants:

**ERNEST M. ESPARZA** (hereinafter "Esparza"),
**JOSE ANGEL AVITIA-QUINONES** (hereinafter "Avitia"),

and others known and unknown to the grand jury knowingly and intentionally conspired to distribute and to possess with intent

to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

Overt Acts:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about March 7, 2003, at his residence located at 194 Kuleana Loop, Hilo, HI, Esparza accepted delivery of the following U.S. Postal Service Express Mail parcel:

> One (1) U.S. Postal Service Express Mail parcel, Label #ER039506040US, addressed to "Ernesto Esparza, 194 Kuleana Lp., Hilo, HI 96720", with the sender being "Eugenia Esparza, 9415 Catawba Ave., Fontana, CA 92336" **[hereinafter referred-to as "subject parcel"]**.

2. On or about March 7, 2003, Avitia drove away from 194 Kuleana Loop with the subject parcel.

3. On or about March 8, 2003 and at earlier times during the period of this conspiracy, at his residence located at 194 Kuleana Loop, Hilo, HI, Esparza possessed approximately $25,030 in U.S. currency concealed in a metal can with a soldered seam.

4. On or about March 8, 2003 and at earlier times during the period of this conspiracy, at his residence located at 194 Kuleana Loop, Hilo, HI, Avitia possessed approximately $25,030 in

U.S. currency concealed in a metal can with a soldered seam.

5. On or about March 8, 2003 and at earlier times during the period of this conspiracy, at his residence located at 194 Kuleana Loop, Hilo, HI, Esparza possessed two metal cans which had been cut in half.

6. On or about March 8, 2003 and at earlier times during the period of this conspiracy, at his residence located at 194 Kuleana Loop, Hilo, HI, Avitia possessed two metal cans which had been cut in half.

7. On or about March 8, 2003 and at earlier times during the period of this conspiracy, at his residence located at 194 Kuleana Loop, Hilo, HI, Esparza possessed a soldering iron and solder.

8. On or about March 8, 2003 and at earlier times during the period of this conspiracy, at his residence located at 194 Kuleana Loop, Hilo, HI, Avitia possessed a soldering iron and solder.

9. On or about March 8, 2003 and at earlier times during the period of this conspiracy, at his residence located at 194 Kuleana Loop, Hilo, HI, Esparza possessed approximately $11,000 in U.S. currency.

10. On or about March 8, 2003 and at earlier times during the period of this conspiracy, at his residence located at 194 Kuleana Loop, Hilo, HI, Avitia possessed approximately $11,000 in

in and affecting commerce firearms, to wit:

    (1) One (1) Makarov semi-automatic pistol, caliber 9 x 18 mm Makarov, serial #A 81 9695, and ammunition therefor, and

    (2) One (1) Model AKM-47S, semi-automatic assault rifle, 7.62 x 39 mm caliber, serial #M8501010, and ammunition therefor,

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## Count 4:

The Grand Jury further charges that:

On or about March 7, 2003 in the District of Hawaii, defendant:

**JOSE ANGEL AVITIA-QUINONES,**

then being an unlawful user of controlled substances, to wit: methamphetamine, a Schedule II controlled substance, did possess in and affecting commerce firearms, to wit:

    (1) One (1) Ruger Model 85 semi-automatic pistol, 9mm Luger caliber, serial #302-16501, and ammunition therefor, and

    (2) One (1) Model AKM-47S, semi-automatic assault rifle, 7.62 x 39 mm caliber, serial #M8501010, and ammunition therefor,

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

U.S. currency.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count 2:

The Grand Jury further charges that:

On or about March 7, 2003 in the District of Hawaii, defendants:

**ERNEST M. ESPARZA** and
**JOSE ANGEL AVITIA-QUINONES**

knowingly and intentionally attempted to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), and Title 18, United States Code, Section 2.

Count 3:

The Grand Jury further charges that:

On or about March 7, 2003 in the District of Hawaii, defendant:

**ERNEST M. ESPARZA,**

then being an unlawful user of controlled substances, to wit: cocaine, a Schedule II narcotic controlled substance, did possess

4

Count 5:

On or about March 7, 2003 in the District of Hawaii, defendant:

**ERNEST M. ESPARZA**

knowingly and intentionally possessed a quantity of cocaine, a Schedule II narcotic controlled substance,

In violation of Title 21, United States Code, Section 844(a).

Count 6:

On or about March 7, 2003 in the District of Hawaii, defendant:

**JOSE ANGEL AVITIA-QUINONES**

knowingly and intentionally possessed a quantity of methamphetamine, a Schedule II controlled substance,

In violation of Title 21, United States Code, Section

6

844(a).

DATED: Honolulu, Hawaii, March 19, 2003.

A TRUE BILL.

/s/
_____
GRAND JURY FOREPERSON


EDWARD H. KUBO, JR.
United States Attorney

_[signature]_
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney

_[signature]_
MICHAEL K. KAWAHARA
Assistant U.S. Attorney


USA v. Esparza and Avitia, USDC-Hawaii, Indictment.

7