# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**     U.S.A. vs. JOSE MANUEL AMARILLAS OJEDA

   **U.S. COURT OF APPEALS DOCKET NUMBER**: _5-10808_

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**  CR 03-00127SOM-02


II  **DATE NOTICE OF APPEAL FILED:**     11/29/05


III  **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA appointed

   **DOCKET FEE PAID ON:**                    **AMOUNT:**

   **NOT PAID YET:**                          **BILLED:**

   **U.S. GOVERNMENT APPEAL:**                **FEE WAIVED**:

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE**:

   **WAS F.P. STATUS REVOKED**:               **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**


IV  **COMPANION CASES, IF ANY:**

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 1 2 2006

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY**:

   Laila M. Geronimo

DISTRICT OF HAWAII

---

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S.
   Court of Appeals Docket Fee.)